# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JOHN MOORE, III,

    Plaintiff,

v.                                          CASE NO. 3:19cv4825-MCR-EMT

LIEUTENANT ELLIS, et al.,

    Defendants.

_____/

## **O R D E R**

The chief magistrate judge issued a Report and Recommendation on July 31, 2020. ECF No. 16. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation, ECF No. 16, is adopted and incorporated by reference in this Order.

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 30th day of April 2021.

        s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**